**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of October, two thousand twenty-six,

---

Jordy Lopez Zamora,

Petitioner,

v.

Todd Blanche, United States Attorney General,

Respondent.

---

**ORDER**
Docket No. 25-3093

By order dated October 5, 2026, the Court tolled the proceedings within this case for a period of 90 days so that the Petitioner and the Government could determine whether remand of this case to the Board of Immigration Appeals (BIA) was warranted.

By letter dated October 15, 2026, Respondent informed the Court of its intention to cancel the tolling period and resume proceedings in this Court.

Effective October 20, 2026, the tolling period is canceled, and the time for the next scheduled event in the case begins to run.

A motion to extend the tolling or any other time period is disfavored and subject to the extraordinary circumstance standard. See Local Rule 27.1(f)(1).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

